# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Artis-Ray: Cash Jr.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Shelter Mutual Insurance Company,<br><br>　　　　Defendant. | Case No. 2:24-cv-10355-FMO-(JPRx)<br><br>**ORDER GRANTING DEFENDANT SHELTER MUTUAL INSURANCE COMPANY'S SECOND REQUEST TO VACATE OR CONTINUE SCHEDULING CONFERENCE**<br><br>Complaint Filed:　December 2, 2024<br>Trial Date:　　　　None Set |

-1-
[PROPOSED] ORDER GRANTING SPECIALLY APPEARING DEFENDANT SHELTER MUTUAL INSURANCE COMPANY'S SECOND REQUEST TO VACATE OR CONTINUE SCHEDULING

Freeman Mathis & Gary, LLP
Attorneys at Law

The second request of Specially Appearing Defendant Shelter Mutual Insurance Company ("Defendant") to Vacate Or Continue Scheduling Conference was considered by the Court without hearing.

Having considered the request and the papers and records on file in this action, and for good cause shown,

IT IS HEREBY ORDERED that the Defendant's Second Request To Vacate Or Continue Scheduling Conference is granted as follows:

1. The Scheduling Conference set for May 22, 2025, is hereby continued until further order of the Court after such time as the Court's personal jurisdiction over Defendant is established, and the obligations of the parties to meet and confer and submit a joint Rule 26(f) report are likewise continued.

IT IS SO ORDERED.

Dated: _April 18, 2025

_____/s/_____
Honorable Fernando M. Olguin
Judge of the United Stated District Court,
Central District of California

**Freeman Mathis & Gary, LLP**
Attorneys at Law

-2-
[PROPOSED] ORDER GRANTING SPECIALLY APPEARING DEFENDANT SHELTER MUTUAL INSURANCE COMPANY'S SECOND REQUEST TO VACATE OR CONTINUE SCHEDULING