JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS-RAY CASH JR., | NO. CV 24-10355 FMO (JPRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SHELTER MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 6th day of August, 2025.

/s/
Fernando M. Olguin
United States District Judge